United States District Court
District of Massachusetts

CHESTER SEARS,            )
                Plaintiff )      ORDER ON APPLICATION
                         )       TO PROCEED WITHOUT
     v.                  )       PREPAYMENT OF FEES
                         )
MASSACHUSETTS TURNPIKE   )
AUTHORITY, et al.,       )       05 - 3010 - MAP
                         )
              Defendants )       Civil Action No.

Having considered the application to proceed without prepayment of fees under

28 U.S.C. § 1915;

     IT IS SO ORDERED that the application is:

☒     GRANTED.

     ☒     The clerk is directed to file the complaint.

     ☒     IT IS FURTHER ORDERED that the clerk issue summons and the United
           States marshal serve a copy of the complaint, summons and this order
           upon the defendant(s) as directed by the plaintiff.  All costs of service
           shall be advanced by the United States.

☐     DENIED, for the following reasons:

_____

ENTERED on __April 27, 2005__.

                         /s/ Kenneth P. Neiman_____
                         KENNETH P. NEIMAN
                         U.S. Magistrate Judge