DISTRICT OF MASSACHUSETTS

Chester J Sears                    File # 05 30104 MAP
PLAINTIFF

MASSACHUSETTS TURNPIKE
AUTHORTY AND Chester Court
                DEFENDANTS

I Am writing this Letter seeking Legal Congell

I Am Now recieving 610 from SSI per month, and living at the Holyoke Soldiers Home paying them 310 per month I have about 3.15 in my Checking AOC.

Im Looking at a verry dificult case not knowing the first thing to do all though I already field and have many files I dont know how to start anything when it comes time for court

Please Help
Chester J Sears