UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-30104-MAP

| | |
|---|---|
| CHESTER J. SEARS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| MASSACHUSETTS TURNPIKE<br>AUTHORITY and CHESTER J. GDULA,<br>    Defendants. | )<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Chester J. Gdula in the above-captioned case.

Respectfully submitted,

CHESTER GDULA
By his Attorneys,

_____
Edwin F. Landers, Jr., BBO#559360
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Dated: July 13, 2005

968821v1