UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHESTER J. SEARS,
        Plaintiff(s)

v.                          CIVIL ACTION: 05-30104-MAP

MASSACHUSETTS TURNPIKE AUTHORITY and
CHESTER J. GDULA,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    JUDGMENT entered for the Defendants pursuant to the endorsed orders of the Court entered on August 8, 2005, granting the Defendants' motions to dismiss the Plaintiff's complaint.

                              SARAH A. THORNTON,
                              CLERK OF COURT

Dated: August 9, 2005            By  /s/ Mary Finn
                                       Deputy Clerk

(Judgment Civil.wpd - 11/98)                                  [jgm.]

Case 3:05-cv-30104-MAP     Document 14     Filed 08/09/2005     Page 2 of 2